BEFORE: **E. THOMAS BOYLE**  DATE: <u>APRIL 17, 2012</u>
UNITED STATES MAGISTRATE JUDGE   TIME: <u>11:00 A.M.</u>

ASSIGNED JUDGE: <u>**SPATT**</u>

DOCKET NO. <u>**CV-11-5647**</u> CASE <u>**GIBSON   V.   THE COUNTY OF NASSAU**</u>

## CIVIL CONFERENCE

Initial X Status___ Discovery__ Settlement ___ Final Pre-trial ___

Motion :

Automatic Discovery: Has been (_____) Has Not Been (_____) Completed.

APPEARANCES:   Plaintiff                         Defendant
               Janet D. Cebula                   Pablo Fernandez

*Discovery completed by ___12/11/12 including any experts___

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference ___1/16/13 at 1:30pm by phone___   Any request within 30 days for mediation

Pre-Trial Order filed by _____

   Plaintiff    _____
   Defendant   _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____

2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/
   interrogatories by _____

So ordered
/s/ E. Thomas Boyle, U.S.M.J.